IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) ) ) | |
| vs. | ) ) | Cr. No. 15-1631 MCA |
| **LEON J. TAFOYA**, | ) ) ) | |
| Defendant. | ) | |

ORDER ON MOTION FOR EXTENSION OF TIME

THIS MATTER having come before the Court on the unopposed motion of the United States of America for an extension of time to file sentencing pleadings (Doc. 22), and the Court being otherwise fully advised in the premises, finds that the motion is well-taken and should be granted.

IT IS ORDERED that the parties have until August 13, 2015 to file sentencing pleadings.

_____
M. CHRISTINA ARMIJO
CHIEF UNITED STATES DISTRICT JUDGE