# UNITED STATES DISTRICT COURT, DISTRICT OF NEW MEXICO
## SENTENCING MINUTE SHEET

| | | | | | |
|---|---|---|---|---|---|
| CR No: | 15-1631MCA | | USA vs.: | TAFOYA | |
| Date: | 8/19/15 | | Name of Deft: | LEON TAFOYA | |
| Before the Honorable: | | CHIEF M. CHRISTINA ARMIJO | | | |
| Time In/Out: | 1:34pm-2:08pm | | Total Time in Court (for JS10): | 34 minutes | |
| Clerk: | C. Walker | | Court Reporter: | J. Goehl | |
| AUSA: | Novaline Wilson | | Defendant's Counsel: | Alonzo Padilla | |
| Sentencing in: | Albuquerque | | Interpreter: | N/A | |
| Probation Officer: | Laina Romero | | Sworn? | Yes | No |
| Convicted on: | X Plea | Verdict | As to: | X Information | Indictment |
| If Plea: | X Accepted | Not Accepted | Adjudged/Found Guilty on Counts: | Counts 1, 2 & 3 | |
| If Plea Agreement: | X Accepted | Not Accepted | No Plea Agreement | Comments: | |
| Date of Plea/Verdict: | 5/7/15 | | PSR: | X Not Disputed | Disputed |
| PSR: X | Court Adopts PSR Findings | | Evidentiary Hearing: | X Not Needed | Needed |
| Exceptions to PSR: | | | | | |

**SENTENCE IMPOSED**

Imprisonment (BOP): Ct 1=60 months consecutive to Cts 2 & 3=12 months (Consecutive) total of 84 months

Supervised Release: Ct 1=5 years, Cts 2 & 3= 1 year (concurrently for total of 5 years)   Probation:   500-Hour Drug Program

Court recommends ICE begin removal proceedings during service of sentence   ICE not applicable

## SPECIAL CONDITIONS OF SUPERVISION

| | | | |
|---|---|---|---|
| | No re-entry without legal authorization | | Home confinement for ____ months ____ days |
| | Comply with ICE laws and regulation | | Community service for ____ months ____ days |
| X | Participate in/successfully complete subst abuse program/testing | | Reside halfway house ____ months ____ days |
| X | Participate in/successfully complete mental health program | | Register as sex offender |
| X | Refrain from use/possession of alcohol/intoxicants | | Participate in sex offender treatment program |
| X | Submit to search of person/property | | Possess no sexual material |
| X | No unwanted contact or communication with victim | | No computer with access to online services |
| | No entering or loitering near victim's residence | | No contact with children under 18 years |
| | Provide financial information | | No volunteering where children supervised |
| | Grant limited waiver of confidentiality | | Restricted from occupation with access to children |
| X | Approved program of domestic violence prevention, and anger management | | No loitering within 100 feet of school yards |
| X | OTHER: No synthetic cannabinoids or legally sold designer drugs  Participate in an educational or vocational program approved by USPO | | |

| | | | | | |
|---|---|---|---|---|---|
| Fine: $ | 0 | | Restitution: $ | 0 | |
| SPA: $ | 300.00   ($100) as to each Count | | Payment Schedule: | X Due Imm. | Waived |
| OTHER: | | | | | |

| | | | |
|---|---|---|---|
| | Advised of Right to Appeal | X | Waived Appeal Rights per Plea Agreement |
| X | Deft remanded to USM Custody | | Voluntary Surrender |
| X | Recommended place(s) of incarceration: | Devens FMC, Rochester FMC or Springfield FMC  Also recommended is defendant under go eye exam and participate in any related treatment recommendations; undergo diagnostic tests for identifying any learning disabilities and he shall | |

| | | |
|---|---|---|
| | | undergo any treatment or rehabilitation recommended. |
| | Dismissed Counts: | |
| OTHER COMMENTS: | | Father of defendant (Leon H Tafoya) addresses Court.<br>Defendant addresses Court |